UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH GOETHE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STUART SHERMAN, WARDEN,<br><br>　　　　　Respondent. | No. 2:18-cv-2297 MCE AC P<br><br><br>ORDER |

Petitioner has requested a thirty-day extension of time to file a traverse. ECF No. 11. In support of the request, counsel for petitioner has filed a declaration stating that he is unsure of whether the filing due date for the traverse was January 22, 2019, or is January 30, 2019. He further states that his confusion is due to the fact that respondent filed his answer on December 21, 2018, but lodged the record on December 31, 2018, which conflicts with Rule 5(c) of the Rules Governing Section 2254 Cases. See id. at 1. In addition, counsel for petitioner states that in recent weeks, he has also had to attend to filings in other federal and state court matters. See id. at 2. Respondent's attorney has no objections to a grant of an extension of time. See id.

////

////

////

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 11) is GRANTED, and
2. Petitioner shall have thirty days from the date of this order within which to file a traverse.

DATED: January 24, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE