UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH GOETHE,<br><br>    Petitioner,<br><br>    v.<br><br>STUART SHERMAN, Warden,<br><br>    Respondent. | No. 2:18-cv-2297 MCE AC P<br><br><br>ORDER |

On February 21, 2019, petitioner filed a second motion for a thirty-day extension of time to file a traverse. ECF No. 13. The motion asks for time up to and including March 25, 2019 to do so. See id. at 2. In support of the motion, counsel for petitioner states that this month he has had to file several habeas-related pleadings for clients in different state courts of appeal. See ECF No. 13. Counsel for respondent does not object to petitioner's request. See id. at 2.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's second motion for an extension of time, filed February 21, 2019 (ECF No. 13), is GRANTED; and

2. Petitioner shall have until March 25, 2019 to file a traverse in this matter.

DATED: February 22, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE