UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH GOETHE,<br><br>    Petitioner,<br><br>    v.<br><br>STUART SHERMAN, WARDEN,<br><br>    Respondent. | No. 2:18-cv-2297 MCE AC P<br><br><br>ORDER |

Petitioner, who is represented by counsel, has requested an extension of time to file objections to the court's findings and recommendations issued June 1, 2023. ECF No. 25. This is petitioner's second request for an extension of time. See ECF No. 23 (petitioner's first extension request). He seeks an extension up to and including August 16, 2023. ECF No. 25. The request is based on counsel's filing deadlines in other cases, which are numerous. Id. Counsel for respondent does not oppose the requests. Id. at 2.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 25) is GRANTED, and

////

////

////

////

1

2. Petitioner shall file objections to the court's June 2023 findings and recommendations no later than August 16, 2023.

**Petitioner is cautioned that absent exigent circumstances, no further extensions of time to file objections will be granted.**

DATED: July 25, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2