Law Offices of Beles & Beles
Robert J. Beles Bar No. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner*
*Elijah Goethe*

United States District Court
for the Eastern District of California
Sacramento Courthouse

| | |
|---|---|
| ELIJAH GOETHE,<br><br>   *Petitioner*,<br> vs.<br><br>STUART SHERMAN, Warden,<br><br>   *Respondent,*<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>   *Real Party In Interest.* | No. **2:18-cv-2297 MCE AC P**<br><br>~~PROPOSED~~ ORDER GRANTING FIVE DAY EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS<br><br>*(Unopposed)* |

**~~PROPOSED~~ ORDER GRANTING FIVE DAY EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS**

Good cause appearing, and the motion being unopposed, the court GRANTS petitioner's request for a final five-day extension of time to file objections to the magistrate's findings and recommendations, from Wednesday, August 16, 2023, up to and including Monday, August 21, 2023. ECF No. 28. The similar, earlier-filed motion, docketed August 10, 2023 (ECF No. 27), is DISREGARDED as having been submitted in error.

Dated: August 11, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE