1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ELIJAH GOETHE,                          No.  2:18-cv-2297 MCE AC P

12                    Petitioner,

13          v.                                 ORDER

14    STUART SHERMAN, WARDEN,

15                    Respondent.

16

17          Petitioner, a state prisoner proceeding with counsel, has filed this application for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On June 1, 2023, the magistrate judge issued findings and recommendations herein which

21    were served on all parties and which contained notice to all parties that any objections thereto

22    were to be filed within fourteen days.  ECF No. 22.  Petitioner has filed objections to the findings

23    and recommendations.  ECF No. 30.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26    Court finds the findings and recommendations to be supported by the record and by proper

27    analysis.

28    ///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued June 1, 2023 (ECF No. 22), are ADOPTED in full;

2. The petition for writ of habeas corpus (ECF No. 1) is DENIED;

3. The Court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  November 29, 2023

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE